# MATRIX

## Bankruptcy Petition Case #: 12-51027

Bank Of America
Home Loans
Special Loan Servicing
P.O.Box 91410-0227

Chase
P.O.Box 46903
Glendale, CO 80246-9030 Chase

Chase
P.O.Box 46903
Glendale, CO 80246-9030

Chase
P.O.Box 46903
Glendale, CO 80246-9030