Form 521antcorder

## UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Johnny Ray Moore
      Debtor(s)

Case No.: 12–51027
Chapter: 13

### NOTICE OF DEFICIENCY AND NOTICE OF FINAL HEARING

**1. PLEASE TAKE NOTICE THAT YOUR BANKRUPTCY CASE MAY BE DISMISSED** or other adverse action may be taken because of your failure to file all required documents with your bankruptcy petition.

**MISSING DOCUMENTS:**

Chapter 13 Means Test due 06/14/2012
Chapter 13 Plan due 06/14/2012

### FINAL HEARING NOTICE

**THE COURT HAS SCHEDULED A HEARING ON <u>7/16/12 at 10:00 AM at the U.S. Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut 06604</u>** to consider dismissal of your case. If you do not appear at the hearing and/or your documents are not filed on or before the hearing date, your case will be dismissed.

Dated: 6/11/12

_____
**Alan H.W. Shiff**
**United States Bankruptcy Judge**