Form ntchrgBKBPTsc

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re: Debtor(s) name(s) used by the debtor(s) in the last 8 years including married, maiden, trade and address):
Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484

Bankruptcy Proceeding No.: 12−51027
Chapter: 11
Judge: Alan H.W. Shiff

### NOTICE OF STATUS CONFERENCE

**Johnny Ray Moore has filed papers with the court.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE NOTICE that a hearing will be held at

915 Lafayette Blvd., Room 123, Courtroom, Bridgeport, CT 06604

on 2/19/13 at 02:00 PM

to consider and act upon the following:

*62* − Objection to Claim # 13 by JP Morgan Chase Bank, N.A., Filed by Debtor Johnny Ray Moore (Rai, Sujata)

*65* − Objection to Claim Nos. 13 by JPMorgan Chase Bank, National Association and 16 by JPMorgan Chase Bank, National Association Filed by Debtor Johnny Ray Moore. (Burton, Penny)

*71* − Objection to Claim # 15, by Bank of New York Mellon fka The Bank of New York, Filed by Debtor Johnny Ray Moore (Staton, Sandra)

*93* − Objection to Claim # 17 by JP Morgan Chase Bank, N.A., and Judicial Notice Filed by Debtor Johnny Ray Moore (Martinez, Yolanda)

NOTICE IS FURTHER GIVEN that said hearing may be continued or adjourned from time to time; without further notice other than an order in open court.

**If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.**

**If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Date of Issuance by the Clerk: 1/15/13

*Gary M Gfell*

Clerk, U.S. Bankruptcy Court