UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
JOHNNY RAY MOORE                                : CHAPTER 11
    DEBTOR
                                                                                         : CASE NO. 12-51027 AHWS

JOHNNY RAY MOORE
    DEBTOR
VS.

JPMORGAN CHASE BANK NATIONAL ASSOCIATION   :
THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF THE CWABS INC.,
ASSET-BACKED CERTIFICATES, SERIES 2006-12
    RESPONDENTS                                : JANUARY 16, 2013

### PROPOSED JOINT SCHEDULING ORDER

**WHEREAS**, Johnny Ray Moore ("Debtor") having filed Objections to Proofs of Claims Nos. 13, 15, and 16 and said Objections having been filed, duly noticed, and heard together with all objections made of record;

**NOW THEREFORE**, it is hereby **ORDERED** that on February 19, 2013, a Status Conference will be held before the Court at which time all parties subject to this Scheduling Order will present their legal arguments on the sole legal issue of Issue Preclusion pertaining specifically to the issues raised in the Debtor's Objections; and it is further

**ORDERED** that, no Pre-Trial Order shall be filed with this Court until after the Status Conference is held and only upon further Order of this Court, and it further

**ORDERED** that this Order shall be served upon all parties entitled to service.

Dated: January 16, 2013                                BY THE COURT

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon all of the following parties, either by operation of the Court's electronic filing system or by postage prepaid first class mail, on this 16th day of January, 2013.

Johnny Ray Moore
15 Sachem Drive
Shelton, CT 06484
(Pro Se Debtor)

Oak Harbor Capial VI, LLC
c/o Weinstein & Riley, P.S.
2001 Western Avenue, Ste 400
Seatlle, WA 98121
(Creditor)

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541
(Creditor)

Bank of America, N.A.
Bankruptcy Department
PO Box 26012
NC4-105-02-99
Greensboro, NC 27420-6012
(Creditor)

Discover Bank, NB Servicing Corporation
PO Box 3025
New Albany OH 43054-3025
(Creditor)

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603
(Creditor)

State of CT Dept of Revenue Svcs
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

The Bank of New York Mellon
c/o Bank of America
7105 Corporate Drive
Plano, TX 75024
(Creditor)

American InfoSource LP
As Agent for Midland Funding LLC
PO Box 268941
Oklahoma City OK 73126
(Creditor)

Bank of new York
7105 Corporate Drive
Plano, TX 75024
(Creditor)

FIA Card Services, N.A.
PO Box 15102
Wilmington, DE 19886-5102
(Creditor)

Bank of America
c/o Prober & Raphael
20750 Ventura Blvd Suite 100
Woodland Hills CA 91364
(Creditor)

Tower Lien, LLC
PO Box 823502
Philadelphia, PA 19182
(Creditor)

Asset Acceptance, LLC
PO Box 2036
Glendale, CO 80246
(Creditor)

Keystone Recovery Partners, LLC
2001 Western Avenue Suite 400
Seattle, WA 98121
(Creditor)

Specialized Loan Servicing, LLC
Attn: Bankruptcy Department
8742 Lucent Blvd. Suite 300
Highlands Ranch, Colorado 80129
(Creditor)

Azurea I, LLC
c/o Weinstein & Riley
2001 Western Avenue Ste 400
Seattle, WA 98121

Holley L. Claiborn
Office of The United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(Trustee)

U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

January 16, 2013

By: _____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, P.C.
Federal Bar No. CT 22287