UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN RE:
JOHNNY RAY MOORE                                              : CHAPTER 11
    DEBTOR
                                                           : CASE NO. 12-51027 AHWS

JOHNNY RAY MOORE
    DEBTOR
VS.

JPMORGAN CHASE BANK NATIONAL ASSOCIATION  :
THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF THE CWABS INC.,
ASSET-BACKED CERTIFICATES, SERIES 2006-12
    RESPONDENTS                                              : JANUARY 16, 2013

## JOINT SCHEDULING ORDER

**WHEREAS**, Johnny Ray Moore ("Debtor") having filed Objections to Proofs of Claims Nos. 13, 15, and 16 and said Objections having been filed, duly noticed, and heard together with all objections made of record;

**NOW THEREFORE**, it is hereby **ORDERED** that on February 19, 2013, *at 2:00 pm* a Status Conference will be held before the Court at which time all parties subject to this Scheduling Order will present their legal arguments on the sole legal issue of Issue Preclusion pertaining specifically to the issues raised in the Debtor's Objections; and it is further

**ORDERED** that, no Pre-Trial Order shall be filed with this Court until after the Status Conference is held and only upon further Order of this Court, and it further

**ORDERED** that this Order shall be served upon all parties entitled to service.

Dated: January 22, 2013                              BY THE COURT
at Bridgeport, CT

                                                                                 Alan H.W. Shiff
                                                                                 US Bankruptcy Judge