UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 12-51027 |
| JOHNNY RAY MOORE | CHAPTER 7 |
| DEBTOR | NOVEMBER 25, 2014 |

### DEBTOR'S MOTION TO DISMISS CASE

The Debtor, Johnny Ray Moore, by his attorney, respectfully represents that:

1.  This is <u>Debtor's Motion to Dismiss Case</u> under Section 1112(b) of the Bankruptcy Code (11 U.S.C. Sec. 1112).

2.  The debtor, Johnny Ray Moore, filed a voluntary petition for relief, on May 31, 2012.

3.  The debtor wishes to dismiss said voluntary petition, Case No. 12-51027, which was converted to a Chapter 7 on October 29, 2014, as he does not qualify for a Chapter 7 because his income exceeds the State Median Income Guideline.

4.  The debtor and its creditors will not be prejudiced by allowing the dismissal of this case and allow the rights of the parties to be determined under state law procedures.

**WHEREFORE**, the debtor moves this Court for an Order dismissing the debtor's case pursuant to Bankruptcy Code Section 1112(b).

Dated at Huntington, Connecticut this 25th day of November, 2014.

          The Debtor
          JOHNNY RAY MOORE

          BY: _____
          David G. Volman
          His Attorney
          45 Huntington Plaza
          Shelton, CT 06484
          Telephone No.: (203)929-7771
          Facsimile No.: (203)929-1818
          Federal Bar No.: CT02183

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 12-51027 |
| JOHNNY RAY MOORE | CHAPTER 7 |
| DEBTOR | NOVEMBER 25, 2014 |

## ORDER APPROVING DEBTOR'S MOTION TO DISMISS CASE

The foregoing motion of JOHNNY RAY MOORE, to dismiss its Chapter 7 Bankruptcy Case #12-51027 under Section 1112(b) of the Bankruptcy Code, (11 U.S.C. Sec. 1112), having been heard by this Court, and notice of said motion having been given to all appearing parties, and it appearing that good cause exists, it is hereby:

ORDERED that dismissal of the Chapter 7 Case #12-51027 for JOHNNY RAY MOORE be GRANTED.

By the Court

_____
Alan H.W. Shiff
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 07-33008 |
| JOHNNY RAY MOORE | CHAPTER 7 |
| DEBTOR | NOVEMBER 25, 2014 |

**NOTICE OF BAR DATE CERTIFICATION**

The undersigned hereby certifies that on the _____ day of November, 2014 in accordance with Rules 7004, 9014 F.R. Bankr. P., I served the following described documents upon all parties entitled to notice:

List of all creditors included in the bankruptcy petition, (see attached list);

U.S. Trustee's Office, USTPRegion02.NH.ECF@USDOJ.GOV

Trustee, Attorney Barbara Katz, 57 Trumbull Street, New Haven, CT 06510.

1. Debtor's Motion to Dismiss Case;
2. Order Approving Debtor's Motion to Dismiss Case; and
3. Motion for Expedited Hearing.

Attorney David G. Volman
CT02183

Oak Harbor Captial VI, LLC
c/o Weinstein & Riley
2001 Western Avenue., Ste 400
Seattle, WA 98121

American Info Source LP
As Agent for Midland Funding LLC
P.O.Box 268941
Oklahoma City, OK 73126-8941

Merrick Bank
Resurgent Capital Services
Attn: Collection Mgr.
P.O.Box 10368
Greenville, SC 29603-0368

Tower Lien, LLC
P.O.Box 823502
Philadelphia, PA 19182

Asset Acceptance, LLC
P.O.Box 2036
Glendale, CO 80246
Norfolk, Va 23541

Penny Mac Loan Services, LLC
c/o Aldridge Connors LLP
Bankruptcy Department
Fifteen Piedmont Center
3575 Piedmont Rd., N.E. Suite 500
Atlanta, GA 30305

Azurea I, LLC
c/o Weinstein & Riley, P.S.
2001 Western Avenue., Suite 400
Seattle, WA 98121

FIA Card Services, N.A.
P.O.Box 36012
NC4-105-02-99
Greensboro, NC 27420-6012

Discover Bank, DB Servicing Corporation
Attn: Collections Mgr.
P.O. Box 3025
New Albany, OH 43054-3025

Keystone Recovery Partners, LLC
c/o Weinstein & Riley
2001 Western Avenue., Ste 400
Seattle, WA 98121

Specialized Loan Servicing, LLC
Attention Bankruptcy
8742 Lucent Blvd, Suite 300
Highland Ranch, Colorado 80129-2386

Portolio Recovery Associates, LLC
Attn: Collections Mgr.
P.O.Box 41067
Norfolk, VA 23541

Andrew S. Cannella          bkecf@bmpc-law.com
Ana M. Fidalgo              AFidalgo@bmpc-law.com
Linda St. Pierre            lstpierr@huntleibert.com
                            Bankruptcy@huntleibert.com
Micheal A. Leone            leone@halloransage.com
Brian D. Rich               rich@halloransage.com
Gerald A. Gordon            ggordaon@huntleibert.com
Holley. L. Claiborn         Holley.L.Claiborn@usdoj.gov
Molly T. Whiton             mtwhiton@mtwhiton.com
Maria A. Santos             maria.santos@ct.gov

NAACP
Greater New Haven Branch
545 Whalley Avenue
New Haven CT 06511

Internal Revenue Service's
Attn: Collection Mgr.
P.O.Box 7346
Philadelphia, PA 19101-7346

AT&T Services, Inc.
Karen A. Cavagnaro-Lead Paralegal
1st Floor One AT&T Way, Rm. 3a 231
Bedminister, NJ 07921

The Bank of New York, f/k/a/ the Bank of New York
The Bank Of New York Mellon
c/o Bank Of America
7105 Corporate Drive Plano
Plano, TX 75024

JPMorgan Chase Bank, National Association
Attn: President
700 Kansas Lane
Monroe, LA 71203

U.S. Trustee
Giaimo Federal Building
150 Court Street, room 302
New Haven CT 06510

FIA Card Services
Attn: Collection Mgr.
P.O.Box 15102
Wilmington, DE 19886-5102

The Bank of New York, f/k/a/ the Bank of New York
c/o Bank of America
Attn: Collection Mgr.
7105 Corporate Drive Plano
Plano, TX 75024-4100

JPMorgan Chase Bank, National Association
Attn: Collections Mgr.
700 Kansas Lane
Mail Code La4-5555
Monroe, LA 71203

Chase
Attn: Collection Mgr.
P.O.Box 46903
Glendale, CO 80246

Shameka Smith
63 Blohm Street
West Haven CT 06516

Bank of America
Attn: Bankruptcy Department
P.O.Box 26012, NCS-105-02-99
Plano TX 75024

Penny Mac Loan Services, LLC
Attn: Bankruptcy Department
6101 Condor Drive
Suite 310
Moorpark, CA 93021-5458

Asset Acceptance, LLC
Attn: Collections Mgr.
P.O.Box 2036
Warren, MI 48090

Bank of America, N.A.
Attn: Bankruptcy Department
P.O.Box 26012, NC4-105-02-99
Greensboro, NC 27420-6012

Shameka Smith
63 Blohm Street, 1st floor
West Haven CT 06516

JPMorgan Chase Bank, N.A.
c/o Linda St. Pierre, Esq.
Hunt Leibert & Jacobson P.C.
Hartford, CT 06120

Christiana Trust, A Division of
Wilmington Savings et.al
c/o Gerald A. Gordon, Esq.
Hunt Leibert & Jacobson P.C
50 Weston Street
Hartford, CT 06120

Penny Mac Holdings LLC
c/o Linda St. Pierre, Esq.
Hunt Leibert & Jacobson P.C.
50 Weston Street
Hartford, CT 06120

Bank of America
Hunt Leibert & Jacobson P.C.
c/o Linda St. Pierre. Esq.
50 Weston Street, Esq.
50 Weston Street
Hartford, CT 06120

State of Connecticut
Department of Revenue Services
C&E Division, Bankruptcy Unit
25 Sigourney Street
Hartford, CT 06106-5032

Tower Lien, LLC
c/o Mark L. Bergamo, Esq.
The Marcus Law Firm
275 Branford Road CT 06471-1337

George Jespen
Office of the Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141

JPMorgan Chase Bank, N.A.
c/o Gerald A. Gordon, Esq.
Hunt Leibert & Jacobson P.C
50 Weston Street
Hartford, CT 06120

Penny Mac Loan Servicing
c/o Linda St. Pierre, Esq.
Hunt Leibert & Jacobson P.C.
50 Weston Street
Hartford, CT 06120

State of Connecticut
Department of Revenue Services
c/o Maria A. Santos, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1752

Tower Lien, LLC
c/o Mark L. Bergamo
The Marcus Law Firm
275 Branford Road CT 06471-1337

The Bank of New York fka, The Bank
of New York as Trustee, et. al
c/o Andrew S. Cannella, Esq.
Bendett & McHugh, P.C.,
270 Farmington Avenue, suite 151
Farmington, CT 06032-1926

Office of Attorney General
U.S. Department of Justice
950 Pennsylvania NW
Washington, DC 20530